**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**

File Name: 19a0066n.06

No. 17-4017

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| v. | ) | STATES DISTRICT COURT FOR |
| | ) | THE NORTHERN DISTRICT OF |
| JERMAINE MCBEE, | ) | OHIO |
| | ) | |
| Defendant-Appellant. | ) | |

BEFORE: GRIFFIN and DONALD, Circuit Judges; BERTELSMAN, District Judge.[*]

PER CURIAM. Jermaine McBee appeals his sentence for drug and firearm crimes, arguing that his prior Ohio convictions for felonious assault and attempted felonious assault are not crimes of violence. When the district court sentenced McBee, it was bound by *United States v. Anderson*, 695 F.3d 390 (6th Cir. 2012), which held that convictions under Ohio's felonious-assault and aggravated-assault statutes were crimes of violence. *Id*. at 402. We have since overruled *Anderson*. *United States v. Burris*, 912 F.3d 386 (6th Cir. 2019) (en banc). We therefore VACATE McBee's sentence and REMAND for resentencing in light of our opinion in *Burris*.

---

[*] The Honorable William O. Bertelsman, United States District Judge for the Eastern District of Kentucky, sitting by designation.